# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| **HOWARD NATHANSON and GUS GORDON,** *derivatively on behalf of Tortoise Midstream Energy Fund, Inc., and Tortoise Energy Infrastructure Corp.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TORTOISE CAPITAL ADVISORS, L.L.C., CONRAD S. CICCOTELLO, RAND C. BERNEY, H. KEVIN BIRZER, JENNIFER PAQUETTE, ALEXANDRA HERGER, TORTOISE ENERGY INFRASTRUCTURE CORP., and TORTOISE MIDSTREAM ENERGY FUND, INC.,**<br><br>**Defendants.** | Case No. 2:22-cv-02328-HLT-RES |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 39), this matter is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: February 1, 2023        */s/  M. Deaton*
                              By Deputy Clerk